UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | |
|---|---|
| OKECHAMP B.V.<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | Court No. 23-00134 |

S U M M O N S

**TO:** The Attorney General;
General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　　　**/s/Mario Toscano**
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

1. Name and Standing of Plaintiff
   Plaintiff, Okechamp B.V., is a foreign producer and exporter to the United States during the period of investigation of Certain Preserved Mushrooms manufactured in the Netherlands.  Plaintiff participated as a mandatory respondent in the contested antidumping duty investigation and by filing an administrative case brief.  Plaintiff is therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and 19 C.F.R. § 351.102(b)(2)(i) that actively participated in the contested determination.  Plaintiff, therefore, has standing to bring this action under 28 U.S.C. § 2631(c).

2. Brief Description of Contested Determination
   Plaintiff contests the antidumping duty order issued by the International Trade Administration of the U.S. Department of Commerce, ("Commerce") in the antidumping duty investigation of *Certain Preserved Mushrooms from the Netherlands* (A-421-815).

3.     <u>Date of Determination</u>
The Antidumping Duty Order was published in the *Federal Register* on May 23, 2023.

4.     <u>Date of Publication in the Federal Register of Notice of Contested Determination</u>
Commerce's Antidumping Duty Order was published in the *Federal Register* on May 23, 2023 as *Certain Preserved Mushrooms from the Netherlands, Poland, and Spain: Antidumping Duty Orders,* 88 Fed. Reg. 33096 (May 23, 2023).

*/s/ Lizbeth R. Levinson*
Lizbeth R. Levinson
Brittney R. Powell

FOX ROTHSCHILD LLP
2020 K Street, N.W.
Suite 500
Washington, DC  20006
  Tel:  (202) 461-3100
  Fax: (202) 461-3102

*Counsel Okechamp B.V.*

Dated:  June 22, 2023

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC  20230

Attorney-In-Charage
International Trade Field Office
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY  10278