## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OKECHAMP B.V., | :<br>:<br>: |
| Plaintiffs, | : |
| v. | : Court No. 23-00134 |
| UNITED STATES, | : |
| Defendant. | : |

## <u>ORDER OF DISMISSAL</u>

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                  Mario Toscano
                                  Clerk of the Court


                     By:   <u>/s/ Scott Warner</u>
                                Deputy Clerk

Date: July 25, 2023
       New York, New York